UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   3:17MJ1717(SALM) |
| vs. | : | |
| WILLIAM MILLETT | : | May 9, 2018 |

## **NOTICE OF STATUS REPORT and UNOPPOSED MOTION TO CONTINUE PROBABLE CAUSE HEARING**

Defendant William Millett is charged in a complaint dated November 9, 2017, with a violation of 18 U.S.C. § 2252.  He was arrested and presented on November 9, 2017, and was detained in custody following a bond hearing.  The Court, United States Magistrate Judge Sarah A.L. Merriam, set the date for the preliminary hearing for November 22, 2017, which was thereafter continued multiple times to April 27, 2018.   On April 23, 2018, the defendant submitted a consent motion for another continuation of the date for a probable cause hearing.  ECF. No. 28.

On the same date, the court granted the motion in part.  The court's order read:

ALL COUNSEL ARE REQUIRED TO READ THE BELOW ORDER. DEFENSE COUNSEL SHALL PROVIDE A COPY OF THIS ORDER TO THE DEFENDANT.

ORDER granting in part and denying in part 27 Motion to Continue as to William Millett. On February 21, 2018, the Court entered an order granting a motion to continue the preliminary hearing in this matter. In that order, the Court stated: "The Court notes that the new preliminary hearing date of April 27, 2018, is nearly six months after the defendant's arrest, which occurred on November 9, 2017. Accordingly, the Court does not anticipate granting further continuances of the preliminary hearing date, absent extraordinary circumstances. If no Indictment or Information has been filed by April 20, 2018, the parties shall file a joint Notice on the docket indicating how they plan to proceed." See Doc. #25.

No Notice was filed by April 20, 2018. Rather, the defendant has now filed a further motion to continue, consented to by the government, with no showing of extraordinary circumstances, and without any acknowledgment of the Court's prior order.

While the Court is inclined to deny the motion, in light of the parties' disregard of the

▆▆▆▆▆▆▆▆▆▆                                  - 2 -

> Court's order, the Court will grant one final brief extension.
>
> * * * * * *
>
> The time from April 27, 2018, through and including May 8, 2018, is hereby excluded from the calculation of the deadlines set forth in 18 U.S.C. §3161(b) and Rule 5.1(c) of the Federal Rules of Criminal Procedure.
>
> The preliminary hearing in this matter will be rescheduled for May 8, 2018, at 9:00 a.m. No further extensions of this deadline will be granted. A separate calendar will issue. It is so ordered. Signed by Judge Sarah A. L. Merriam on 4/23/2018. (Merriam, Sarah) (Entered: 04/23/2018)

ECF No. 29.

The undersigned counsel apologizes for the failure to file the required notice by April 20, 2018, and acknowledges the Court's prior order and position that no further extensions will be granted. Counsel did not intentionally ignore the Court's prior order, but rather failed to see and read the full text of the order. However, notwithstanding counsel's inadvertent oversight, counsel has in fact been working with all diligence on the substance of Mr. Millett's case.

The delay in this case has been caused by multiple factors. First, the discovery in this case is complex and voluminous. Second, undersigned counsel has engaged in active and continual discussions with government counsel. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ For all of these reasons,

▬▬▬▬▬                                          - 3 -

undersigned counsel and Mr. Millett have believed that the continuances in this case have been necessary and in this best interest of Mr. Millett.

Recently, new information has come to light that is relevant to the substance of the case and critically important to a potential resolution. Undersigned counsel and government counsel have discussed the information and have a plan for addressing it. The parties are moving with expediency. In light of the fact that new information has arisen, and in order to provide robust representation to her client, counsel again seeks another extension, because extraordinary circumstances are in fact present. Counsel notes that Mr. Millett's waiver of his speedy trial rights, valid through June 25, 2018, remains on file with the court. ECF No. 28.

The parties require a short additional time to implement their joint plan, which is in the best interest of Mr. Millett and is in the interest of justice. It is expected that the parties will be able to reach an agreement as to the appropriate charges against Mr. Millett, which will eliminate the need for a preliminary hearing and for the case to be brought before the Grand Jury. Accordingly, the defendant again seeks an extension of the time within which a preliminary hearing should be held until June 25, 2018. No further extension will be requested.

Counsel understands the court's concern with the delays in this case. Counsel acknowledges inadvertently not filing the required notice of how the parties plan to proceed by April 20. However, counsel respectfully asserts that there are extraordinary circumstances justifying the delay; that counsel is working with all diligence to reach the best outcome for Mr. Millett and in the interest of justice; and that both counsel are actively engaged in discussions that will likely obviate the need for a preliminary hearing or indictment.

Undersigned counsel has discussed the filing of this notice with counsel for the government, Assistant United States Attorney Jacabed Rodriguez-Coss, who consents to the substance of this notice and this continuance.

The defendant requests that the Court exclude the time from April 27, 2018, through and including June 25, 2018, from calculation under Rule 5.1 and 18 U.S.C. § 3161(b), as a continuance

███████████                                      - 4 -

is in the interest of justice.

                                            Respectfully submitted,

                                            THE DEFENDANT,
                                            William Millett

                                            FEDERAL DEFENDER OFFICE

Dated: May 9, 2018                  /s/ Kelly M. Barrett
                                            Kelly M. Barrett
                                            First Assistant Federal Defender
                                            265 Church Street, Suite 702
                                            New Haven, CT 06510
                                            Phone: (203) 498-4200
                                            Bar No.: ct27410
                                            Email: kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 9, 2018, a copy of the foregoing has been filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Kelly M. Barrett
                                            Kelly M. Barrett